## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEREMY JOSEPH STROHMEYER, | ) | 3:14-cv-00661-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 28, 2018 |
| | ) | |
| K. BELANGER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KATIE LYNN OGDEN</u>  REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Extension of Time to Complete Service (ECF No. 69). Plaintiff requests an extension of 180 days "to effect service on those defendants not represented by the AG ." (*Id.* at 5.)

Plaintiff's Motion for Extension of Time to Complete Service (ECF No. 69) is **GRANTED** to the extent that Plaintiff shall have to and including **Monday, January 28, 2019**, in which to effect service on those Defendants not represented by the Attorney General's Office.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
      Deputy Clerk