ADAM PAUL LAXALT
  Attorney General
ROBERT W. DELONG, Bar No. 10022
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1120
E-mail: rdelong@ag.nv.gov

*Attorneys for Defendants*
*Kelly Belanger, David Bequette,*
*David Carpenter, Christopher Cartier,*
*Dwayne Deal, and Michelle Gilder*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY JOSEPH STROHMEYER,<br><br>                Plaintiff,<br><br>v.<br><br>K. BELANGER, et al.,<br><br>                Defendants | Case No. 3:14-cv-00661-RCJ-WGC<br><br>**ORDER GRANTING**<br><br>**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>**(First Request)** |

    Defendants Kelly Belanger, David Bequette, David Carpenter, Christopher Cartier, Dwayne Deal, and Michelle Gilder, by and through counsel Adam Paul Laxalt, Attorney General of the State of Nevada, and Robert W. DeLong, Deputy Attorney General, hereby move for a 60 day extension, from the date of this Motion, to file an answer or otherwise respond to Plaintiff's Complaint. This motion is made and based upon the following Memorandum of Points and Authorities and all of the pleadings and papers on file herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

    This is Defendants' first request for an extension of time to file an answer or otherwise respond to the Complaint. The deadline to file an answer or otherwise respond for the defendants that had the Attorney General accept service on their behalf is October 1, 2018. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendants request this extension to allow all of the defendants that are served, and are going to be represented by the Attorney General's Office, to file one joint answer or other responsive

1

pleading in this matter. The Attorney General accepted service on behalf of Defendants Kelly Belanger, David Bequette, David Carpenter, Christopher Cartier, Dwayne Deal, and Michelle Gilder, because these defendants are currently employed by the NDOC. As of the date of this filing, Defendants Charles Schardin, Robert LeGrand, and Valaree Olivas have now been served. In addition, the Plaintiff has filed a Motion for Extension of Time to Complete Service (ECF No. 69). Because more defendants are expected to be served that will likely be represented by the Attorney General, Defendants request that this Court extend the deadline for all served defendants to file an answer by 60 days from the date of this Motion to allow for them to file a joint responsive pleading.[1]

Defendants assert that good cause exists for this Court to enlarge the time allowed for them to respond to the Complaint and request permission to file their response no later than thirty (60) days from the date of this Motion.

This request is made in good faith and not for the purpose of delay. Defendants respectfully submit that none of the parties will be prejudiced by the extension of time sought.

DATED this 27th day of September, 2018.

                ADAM PAUL LAXALT
                Attorney General

                By: _____
                     ROBERT W. DELONG
                     Deputy Attorney General
                     State of Nevada
                     Bureau of Litigation
                     Public Safety Division

                *Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED: September 28, 2018.

                _____
                UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants also note that the lead Deputy Attorney General in this matter, Robert W. DeLong, will be on vacation during the first week of October 2018.