UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY JOSEPH STROHMEYER, | 3:14-cv-00661-RCJ-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | December 3, 2018 |
| K. BELANGER, *et al.*, | |
| Defendants. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE LYNN OGDEN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court are Plaintiff's Motions to Enter Defaults as to Defendants Vallaster (ECF No. 85), LeGrand (ECF No. 86), Belanger (ECF No. 87) and Cartier (ECF No. 88). These Defendants answered Plaintiff's complaint within the time frame authorized by the court (Defendants' Answer, ECF No. 80). For the reasons expressed in this court's minute order (ECF No. 79) denying an earlier request by Plaintiff to enter a default against these (and certain other Defendants) (ECF No. 78), Plaintiff's motions (ECF Nos. 85, 86, 87, and 88) are **DENIED**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk