# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY STROHMEYER, | 3:14-cv-00661-RCJ-WGC |
| Plaintiff, | **ORDER** |
| vs. | Re: ECF Nos. 110, 113, 118 |
| K. BELANGER, *et al.*, | |
| Defendants. | |

Before the court is Plaintiff's motion (ECF No. 118) seeking to extend the time within which Plaintiff may complete service upon Defendants Donna Jenkins ("aka Lisa Armstead"), James Keener, Keith Miranda and Michael Bobadilla. Plaintiff's motion (ECF No. 118) is **GRANTED**. Plaintiff's deadline to effect service on these defendants is extend to and including **May 17, 2019**. This order extending the time to complete service on the named Defendants should not be interpreted as endorsing Plaintiff's contention these Defendants "have actively avoided service" (*id*. at 2) nor should it be taken as an indication the court will be granting Plaintiff's motion to effect service by publication (ECF No. 107), which the court will be addressing in a separate motion.

Also before the court is Plaintiff's motion to file a third amended complaint (ECF No. 110), which Defendants oppose in part (ECF No. 116). Plaintiff's motion to amend (ECF No. 110) is **GRANTED**. The Clerk shall **FILE** the proposed Third Amended Complaint. However, the court will still have to screen the claims asserted in the Third Amended Complaint to identify those claims within the pleading which the court will allow to proceed. The parties should be aware that if the court determines any of the causes of action fail to state an actionable claim under 42 U.S.C. § 1983 that the

court will have to do a Report and Recommendation to Senior District Judge Jones regarding this determination. Defendants shall defer responding to the Third Amended Complaint until after the court has completed screening of the pleading.

In view of the necessity to screen the Third Amended Complaint, the court stays the discovery and dispositive motion deadlines set forth in this court's Scheduling Order (ECF No. 81) until further order of the court. Therefore, Plaintiff's Motion to Extend the Discovery Deadline (ECF No. 113) is **DENIED** as moot.

As noted above, the court will resolve the Plaintiff's motion to effect service by publication (ECF No. 107) in a separate order.

**IT IS SO ORDERED.**

DATED: February 15, 2019.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE