AARON D. FORD
  Attorney General
ROBERT W. DELONG, Bar No. 10022
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1120
E-mail: rdelong@ag.nv.gov

*Attorneys for Defendants*
*Kelly Belanger, David Bequette,*
*David Carpenter, Christopher Cartier,*
*Dwayne Deal, Michelle Gilder,*
*Robert LeGrand, Valaree Olivas*
*Charles Schardin, Adam Vallaster,*
*Michael Ward, and John Whiting*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY JOSEPH STROHMEYER,<br><br>            Plaintiff,<br><br>v.<br><br>K. BELANGER, et al.,<br><br>            Defendants | Case No. 3:14-cv-00661-RCJ-WGC<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>TO RESPOND TO PLAINTIFF'S REQUESTS<br>FOR THE PRODUCTION OF DOCUMENTS<br>SUBMITTED TO DAVID CARPENTER,<br>CHRISTOPHER CARTIER, AND<br>DAVID BEQUETTE (First Request)** |

      Defendants, Kelly Belanger, David Bequette, David Carpenter, Christopher Cartier, Dwayne Deal, Michelle Gilder, Robert LeGrand, Valaree Olivas, Charles Schardin, Adam Vallaster, Michael Ward, and John Whiting ("Defendants"), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Robert W. DeLong, Deputy Attorney General, hereby move to extend the deadline to respond to Plaintiff's discovery requests submitted to David Carpenter, Christopher Cartier, and David Bequette. This motion is made and based upon the following memorandum of points and authorities and all of the pleadings and papers on file herein.

### MEMORANDUM OF POINTS AND AUTHORITIES

      This Court entered an Order on February 15, 2019 (ECF No. 119), wherein the Court stayed the discovery and dispositive motion deadlines set forth in this Court's Scheduling Order (ECF No. 81)

until further order of the Court. The Order (ECF No. 119) also granted Plaintiff's motion to file a third amended complaint and indicated that the third amended complaint would need to be screened.

The requests for the production of documents submitted by Plaintiff to David Carpenter, Christopher Cartier, and David Bequette are presently due today, March 18, 2019. Defendants request an extension of time to respond to the requests for the production of documents submitted to David Carpenter, Christopher Cartier, and David Bequette because of the length of the requests and the fact that there is no present discovery cutoff deadline in this case. Each set of discovery contains over 50 requests. Defendants respectfully request an additional 60 days to respond to the requests. The new deadline to respond to the requests would be Monday, May 20, 2019.

This is Defendants' first request for an extension of time to respond to Plaintiff's lengthy requests for production of documents for these defendants. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendants request this extension to allow time to properly respond to each of the requests. Defendants assert that good cause exists for this Court to enlarge the time allowed for them to respond.

This request is made in good faith and not for the purpose of delay. The Defendants respectfully submit that none of the parties will be prejudiced by the extension of time sought.

DATED this 18th day of March, 2019.

AARON D. FORD
Attorney General

By: _____
ROBERT W. DELONG
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED.

DATED: March 19, 2019.

_____
UNITED STATES MAGISTRATE JUDGE