# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEREMY STROHMEYER, | ) | 3:14-cv-00661-RCJ-WGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | Re: ECF No. 132 |
| K. BELANGER, *et al.*, | ) | |
| Defendants. | ) | |

Before the court is Plaintiff's motion (ECF No. 132) seeking to extend the time within which Plaintiff may complete service upon Defendants Donna Jenkins ("aka Lisa Armstead"), James Keener, Keith Miranda and Michael Bobadilla. Plaintiff's motion (ECF No. 132) is **GRANTED**. Plaintiff's deadline to effect service on these Defendants is extend to and including **July 23, 2019**. This order extending the time to complete service on the named Defendants should not be interpreted as endorsing Plaintiff's contention these Defendants "have actively avoided service" (*id*. at 2) nor should it be taken as an indication the court will be granting Plaintiff's current motions to effect service by publication (ECF Nos. 131, 133, 134, 135), which the court will be addressing in a separate order.

Defendants shall respond to Plaintiff's Motions to Serve by Publication (ECF Nos. 131, 133, 134, 135) on or before **Friday, May 6, 2019**.

**IT IS SO ORDERED.**

DATED: April 24, 2019.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE