# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY STROHMEYER, | Case No.: 3:14-cv-00661-RCJ-WGC |
| Plaintiff | **Order** |
| v. | Re: ECF No. 153 |
| K. BELANGER, et. al., | |
| Defendants | |

It has come to the court's attention that a portion of the order screening Plaintiff's third amended complaint requires some clarification. At ECF No. 153, p. 16:22-23 to p. 17:1-2, the court ruled that in Count IV Plaintiff states a colorable mail tampering claim against Jenkins and Bequette, and that he could also proceed against the unidentified mail room officers when he learns their identities and substitutes them in conformity with the operative scheduling order and the Federal Rules of Civil Procedure. Part of this ruling appears to have been omitted in the conclusion of the order. (*See* ECF No. 153 at p. 25:13-15.) Therefore, the court issues this Order clarifying that the conclusion should read that Plaintiff may proceed in Count IV with the First Amendment mail tampering claim against Jenkins and Bequette, and against the unidentified mailroom officers if substituted within the parameters of the operative scheduling order and Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated: August 23, 2019.

William G. Cobb
United States Magistrate Judge