# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JEREMY STROHMEYER,

    Plaintiff,

v.

K. BELANGER, *et al.*,

    Defendants.

Case No.: 3:14-cv-00661-RCJ-WGC

**ORDER**

Re: ECF No. 185

Before the court is Plaintiff's Motion to Add the State of Nevada on Relation to the Nevada Department of Corrections (NDOC) as a party defendant solely with respect to Count XII of the Third Amended Complaint (ECF No. 185). NDOC employees Cartier, Belanger, LeGrand, Schardin and Gilder were named in an unlawful deprivation of property – state law - claim in Count XII. Nev. Rev. Stat. 41.031 requires a plaintiff bringing a state tort claim against State employees must name the State as a party to the action. *See*, *Craig v. Donnelly*, 439 P.3d 413, 414 (Nev. 2019). At the court's conference/hearing on August 27, 2019, Defendants' counsel did not oppose Plaintiff's motion.

Therefore, Plaintiff's Motion to Add the State of Nevada on Relation of NDOC as a Defendant (ECF No. 185) is **GRANTED**. The State of Nevada ex rel. NDOC is added as a party defendant solely with regard to state tort claims of Count XII of Plaintiff's Third Amended Complaint.

**IT IS SO ORDERED**.

Dated: August 28, 2019.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE