## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEREMY JOSEPH STROHMEYER, | ) | 3:14-cv-00661-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 31, 2020 |
| K. BELANGER, et al., | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KAREN WALKER    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion for Extension of Time to File Dispositive Motions (ECF No. 281).

Good cause appearing, Defendants' Motion for Extension of Time to File Dispositive Motions (ECF No. 281) is **GRANTED**. The last day to file dispositive motions is extended to and including **Monday, May 4, 2020.**

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/ _____

Deputy Clerk