# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEREMY JOSEPH STROHMEYER, | ) | 3:14-cv-00661-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 6, 2020 |
| K. BELANGER, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KAREN WALKER</u>    REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Extend Time to File Motion for Summary Judgment (ECF No. 288).

Plaintiff's Motion to Extend Time to File Motion for Summary Judgment (ECF No. 288) is **GRANTED**. The last day to file dispositive motions for all parties is extended to and including **Monday, June 1, 2020. THERE SHALL BE NO FURTHER EXTENSIONS GRANTED.**

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____

Deputy Clerk