## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEREMY JOSEPH STROHMEYER, | ) | 3:14-cv-00661-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | April 15, 2020 |
| K. BELANGER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER      REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court are Plaintiff's "Motion to File Late Motion for Order to Compel, with Court's Permission" (ECF No. 299) and Plaintiff's "Motion for Order to Compel Production of Documents by Defendant David Carpenter" (ECF No. 300).

As the court noted in its order of April 6, 2020 (ECF No. 294), the discovery cut-off as to all Defendants (with the exception of Defendants Keener, Armstead aka Donna Jenkins, and Miranda) closed on November 25, 2019 (ECF No. 196). Plaintiff's motions are untimely.

Based on the above, Plaintiff's "Motion to File Late Motion for Order to Compel, with Court's Permission" (ECF No. 299) and Plaintiff's "Motion for Order to Compel Production of Documents by Defendant David Carpenter" (ECF No. 300) are **DENIED**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  _____/s/_____

Deputy Clerk