UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY STROHMEYER,<br><br>            Plaintiff,<br><br>vs.<br><br>K. BELANGER, *et al*,<br>            Defendants. | Case No.: 3:14-CV-00661-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 325) |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 325[1]) entered on June 2, 2020, recommending that the Court deny Defendant Michael Bobadilla's Motion for Dismissal (ECF No. 226). On June 8, 2020, in response to the Report and Recommendation, Plaintiff filed a Notice of Intent to Court of Factual and/or Typographical Mistakes in Court's 6/2/20 Order (ECF no. 325) and Request for Correction of Those Mistakes Pursuant to FRCP 60(a) (ECF No. 326).

This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Cobb's Report and Recommendation (ECF No. 325), is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendant Michael Bobadilla's Motion to Dismiss (ECF No. 226) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 8th day of July, 2020.

_____
ROBERT C. JONES
United States District Judge