UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY STROHMEYER,<br><br>    Plaintiff,<br><br>vs.<br><br>K. BELANGER, *et al.,*<br><br>    Defendants. | Case No.: 3:14-CV-00661-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 371) |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 371[1]) entered on March 3, 2021, recommending that the Court grant Defendants' Motion for Summary Judgment (ECF No. 337).  On March 19, 2021, Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (ECF No. 373).

This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Cobb's Report and Recommendation (ECF No. 371), shall be **ADOPTED and ACCEPTED**.

**IT IS HEREBY ORDERED** that Plaintiff's Cross-Motion for Summary Judgment (ECF No. 355) is **STRICKEN.**

**IT IS FURTHER ORDERED** that Doe Defendants are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 337) is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendants' Motion for Leave to File Under Seal (ECF No. 338) is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Partial Summary Judgment (ECF No. 343) is **DENIED.**

**IT IS FURTHER ORDERED** that this Court **DECLINES** to exercise supplemental jurisdiction over the remaining state law deprivation of property claims in Count XII and the assault and battery claims in Count XV.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File Excess Pages (ECF No. 372) is **GRANTED.**

**IT IS SO ORDERED.**

Dated this 22ND day of March, 2021.

_____
ROBERT C. JONES
United States District Judge